EXHIBIT 1

# AB BROKER INC.

RECEIVED BY MAIL
JAN 23 2023
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Send Invoices to:

ABBROKERINC1@GMAIL.COM

---

### * * * LOAD CONFIRMATON * * *

**Carrier:** EASY EXPRESS
**MC#:**
**Date:** 7/23/21

**Contact:**
**Phone:**
**Email:** casper@easyexpressllc.com

**Order**
LOAD: 2952
BOOKED WITH: JOHN
Pick-Up: 7/23/21

Commodity:
Weight: 44000LBS.
Trailer: DVan53

**PICK 1**
Jack Daniels
1926 Fayetteville Hwy
Lynchburg, TN

*Date:* 7/23/21   7AM TO 2PM

FCFS

PLEASE CHECK IN US JRO GLOBAL INC,
PU # 1925038 AND 1926079 MAKE SURE USE BOTH PU#
ITS A BLIND SHIPPMENT MAKE SURE DRIVER SAY LOAD GOING TO:
St Paul, MN

**STOP 1**
WAREHOUSE
350 Randy Rd
UNIT 7
Carol Stream, IL 60188

*Date:* 7/25/21
24 HOUR

FCFS

Detention paid after 3 hours, at $25 per hour ONLY on FULL TRUCK LOADS not the LTL shipments. Driver must call for dispatch, when loaded with IN AND OUT times. While in route and if any problems shall arise to halt delivery on time. Failure to do so will result in deduction in pay. BOL must be EMAIL within 2 hours of delivery or $100 deduction in pay. Carrier should provide location update twice a day or might resolve rate deduction.
DO NOT CALL ANY PHONES ON BOLS/SHIPPERS RECIEVER OR WE WILL DEDUCT FROM THE RATE!!!!!

**Payment**   Carrier Freight Pay:   **$1900.00**

POD'S need to be EMAIL in within 2 hrs or rate deductions will be incurred, send to ABBROKERINC1@GMAIL.COM

SCANNED JAN 23 2023
U.S. DISTRICT COURT MPLS

**Instructions**

Special Instructions here

**DRIVER NAME:**
**PHONE#**
**TRUCK#**
**TRAILER#**

X_____

**Agreement**     Please sign and EMAIL back to: ABBROKERINC1@GMAIL.COM

*This rate shall remain in effect until cancelled by either party giving written notice to the other. All accessorial fees must be approved, and proper documentation must be faxed in for reimbursement.
*If load is "double-brokered", agreement is void.

EXHIBIT 2

Fleet View   Vehicles   **833803**                                         Share Location   Edit

Live   History   Profile

📅 Jul 24 2021

Freeport, Illinois 61032
2h 22m   2h 22m idling

02:54p   1h 14m   39 mi

04:09p   I 39;US 51
New Milford, Illinois 61052
37m   37m idling

04:46p   29m   18 mi   3m idling

05:15p   998 Petro Rd
Rochelle, Illinois 61068
4m   4m idling

05:19p   12m   2 mi

05:31p   IL 38
Creston, Illinois 60113
1h 43m   1h 23m idling





Fleet View   Vehicles   **833803**

Live   History   Profile

Jul 24 2021

Freeport, Illinois 61032
2h 22m   2h 22m idling

02:54p   1h 14m   39 mi

04:09p   I 39;US 51

New Milford, Illinois 61052
37m   37m idling

04:46p   29m   18 mi   3m idling

05:15p   998 Petro Rd

Rochelle, Illinois 61068
4m   4m idling

05:19p   12m   2 mi

05:31p   IL 38

Creston, Illinois 60113
1h 43m   1h 23m idling

Share Lo

EXHIBIT 4

15592

# BILL OF LADING

SHIPMENT : 7471846
CARRIER : JPF INC

BILL OF LADING: 7471846
CONTAINER ID: 425
DATE: 07/23/2021

From: Jack Daniel Dist,
Lem Motlow, Proprietor
1926 Fayetteville Hwy
Lynchburg, TN 37352 USA
931-759-6285
931-759-6252

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unkown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any protion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western, and Illinois Freight Classifications in effect on the day hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned to:
BREAKTHRU BEVERAGE MINNESOTA
WINE & SPIRITS, LLC
489 PRIOR AVE
ST. PAUL MN  55104
USA

| No. Packages | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Correction) | Class or Rate | Check Column | Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. *Kelsey Hopkins* |
|---|---|---|---|---|---|
| | CUSTOMER ORDER NUMBERS FROM THIS FACILITY: | | | | |
| | Order #    Delivery #    Customer PO | | | | Freight charges are PREPAID unless marked or stamped collect |
| | 1925038    0022414247    4500896059 | | | | **COLLECT** |
| | 1926079    0022416903    4500899059 | | | | |
| | | | | | Received $_____ to apply in prepayment of the charges on the property described heron. |
| | DETAILS | | | | |
| 1 EA | Jack Daniel's Single Barrel -Barrel Head | 10.00 | | | _____ Agent or Cashier |
| 1 EA | Jack Daniel's Single Barrel Decanter Kit | 9.73 | | | Per |
| 19 EA | PALLET | 1,045.00 | | | The signature here acknowledges only the amount prepaid. |
| 990 CS | JACK DANIELS TENNESSEE WHISKEY | 40,847.40 | | | |
| 47 CS | JD SINGLE BARREL | 1,068.78 | | | Charges Advanced |
| 1,037 | TOTALS | 42,980.91 | | | |
| | SEAL NO : 26363056 | | | | |
| | Bill of Lading Information | | | | |
| | SN: 04408-04409 | | | | |
| | DRAYMAN: EASY EXPRESS | | | | |
| | Carrier Information | | | | |
| | [JDB | | | | |
| | Please send email to both of JPF contact: | | | | |
| | jpflogistics@gmail.com | | | | |
| | seanjpflogistics@sio.midco.net | | | | |
| | ] | | | | |
| | [ADV | | | | |

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE (1) Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
'The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____.'

NOTE (2) Liability Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

NOTE (3) Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec.2(c) of NMFC Item 360.

+ The Fibre Boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon and all other requirements of Consolidated Freight Classification.

This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to the regulations prescribed by the Interstate Commerce Commission.

+"Shipper's imprint in lieu of stamp, not a part of bill of lading approved by the Interstate Commerce Commission."

Jack Daniel Dist,                              Shipper  JPF INC                                    Agent.

Per  _Kelsey Hopkins_                                     Per  _____

Permanent Address of Shipper: Lynchburg, TN 37352

07/23/2021 14:51:34-05:00



Casper Dispatch <casper@easyexpressllc.com>

# TN RATE CON
14 messages

**AB Broker** <abbrokerinc1@gmail.com>　　　　　　　　　　　　　　Fri, Jul 23, 2021 at 12:12 PM
To: Casper Dispatch <casper@easyexpressllc.com>

--
Thank you.

AB BROKER INC.
MC# 1144918
PH# (747) 233-0766

📄 **RATE CON TN EASY.pdf**
258K

---

**Casper Dispatch** <casper@easyexpressllc.com>　　　　　　　　　　　　　　Fri, Jul 23, 2021 at 12:14 PM
To: AB Broker <abbrokerinc1@gmail.com>

Received. Thank you ! Sending driver's info. Payment via EFS 50/50 as before ?

| trk 833803 | trl 425 | 786-346-5786 | Majeur Joseph |
|---|---|---|---|

[Quoted text hidden]

--

*Casper Kaulius*

easy express

*Phone: 708-437-0200 ext 113*
*Cell: 708-540-1378*
*E-mail: casper@easyexpressllc.com*

---

**AB Broker** <abbrokerinc1@gmail.com>　　　　　　　　　　　　　　Fri, Jul 23, 2021 at 1:38 PM
To: Casper Dispatch <casper@easyexpressllc.com>

Did the driver make it to the pickup ?

[Quoted text hidden]

---

**Casper Dispatch** <casper@easyexpressllc.com>　　　　　　　　　　　　　　Fri, Jul 23, 2021 at 1:42 PM
To: AB Broker <abbrokerinc1@gmail.com>

1 mile away, will arrived in a few minutes
[Quoted text hidden]

---

**Casper Dispatch** <casper@easyexpressllc.com>　　　　　　　　　　　　　　Fri, Jul 23, 2021 at 1:45 PM
To: AB Broker <abbrokerinc1@gmail.com>

arrived

[Quoted text hidden]

---

**Casper Dispatch** <casper@easyexpressllc.com>  Fri, Jul 23, 2021 at 3:02 PM
To: AB Broker <abbrokerinc1@gmail.com>

Our truck just got loaded. Would you be able to issue $950 EFS for us ?
[Quoted text hidden]

---

**Casper Dispatch** <casper@easyexpressllc.com>  Fri, Jul 23, 2021 at 3:06 PM
To: AB Broker <abbrokerinc1@gmail.com>

sending bol



[Quoted text hidden]

---

**Casper Dispatch** <casper@easyexpressllc.com>  Fri, Jul 23, 2021 at 3:30 PM
To: AB Broker <abbrokerinc1@gmail.com>

Could you please send us EFS with $950 ?
[Quoted text hidden]

---

**AB Broker** <abbrokerinc1@gmail.com>  Fri, Jul 23, 2021 at 3:30 PM
To: Casper Dispatch <casper@easyexpressllc.com>

Yes, I will.
[Quoted text hidden]

**AB Broker** <abbrokerinc1@gmail.com>  　　　　　　　　　　　　　　　　Fri, Jul 23, 2021 at 3:33 PM
To: Casper Dispatch <casper@easyexpressllc.com>

Money Transfer code **1006395325**,
Amount **950.00**,
Issued to **Easy exp**.
[Quoted text hidden]

---

**Casper Dispatch** <casper@easyexpressllc.com>  　　　　　　　　　　　　Fri, Jul 23, 2021 at 3:41 PM
To: AB Broker <abbrokerinc1@gmail.com>

Got it, thank you.
[Quoted text hidden]

---

**Casper Dispatch** <casper@easyexpressllc.com>  　　　　　　　　　　　　Sat, Jul 24, 2021 at 7:50 AM
To: AB Broker <abbrokerinc1@gmail.com>

Sending POD. Please send us money code with the rest of money



[Quoted text hidden]

---

**AB Broker** <abbrokerinc1@gmail.com>  　　　　　　　　　　　　　　　　Sat, Jul 24, 2021 at 7:52 AM
To: Casper Dispatch <casper@easyexpressllc.com>

Money Transfer code **2440345264**,
Amount **950.00**,
Issued to **Easy exp**.
[Quoted text hidden]

---

**Casper Dispatch** <casper@easyexpressllc.com>                    Sat, Jul 24, 2021 at 7:58 AM
To: AB Broker <abbrokerinc1@gmail.com>

Got it, thank you.
[Quoted text hidden]

 **Gmail**

**Stacy Accounting** <stacy@easyexpressllc.com>

## Paperwork from Easy Express, LLC
3 messages

**Stacy Accounting** <stacy@easyexpressllc.com>    Fri, Mar 11, 2022 at 1:03 PM
To: tom.gorniak@ispinvestigations.com

Good afternoon,

Per our conversation, I am attaching rate agreement, bol, and email conversation with a broker.
As you can see on the rate confirmation this shipment is listed as the blind shipment, so we just followed the broker directions.

--
Thank you,

Stacy

Easy Express, LLC

708-437-0200 ext 104

**3 attachments**

- **AB Broker 2952.pdf**
  258K
- **Email with AB.pdf**
  309K
- **15592 ORIGINAL BOL .pdf**
  344K

---

**tom.gorniak@ispinvestigations.com tom.gorniak@ispinvestigations.com**    Sat, Mar 12, 2022 at
<tom.gorniak@ispinvestigations.com>                                              12:30 PM
To: Stacy Accounting <stacy@easyexpressllc.com>

Stacy,

Thank you for the information and for your quick response.  Just a few questions if you can assist.

Did you say you had a contract with AB Broker?  If so, could I please get a copy.  Also, if you have any contact information for AB Broker Inc., such as phone number, address, names etc. that would be a big help.

Finally, I know you said the delivery driver no longer does work for you but if I could get his name and phone number that would also be a big help.

Thanks Again for your assistance in this matter.

Tom
[Quoted text hidden]

---

**Stacy Accounting** <stacy@easyexpressllc.com>    Mon, Mar 14, 2022 at 11:21 AM
To: "tom.gorniak@ispinvestigations.com tom.gorniak@ispinvestigations.com" <tom.gorniak@ispinvestigations.com>

Good morning,

Basically paperwork that is attached is all paperwork we have for this load.

Since it was a small broker, that did not go through our factoring company, we only have a rate confirmation serving as a contract.

Driver information is included in the file Email with AB. Also, listing it here:
786-346-5786 Majeur Joseph

The communication with the broker was also through email AB Broker <abbrokerinc1@gmail.com>; his name was John as listed on the rate con

[Quoted text hidden]