# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Starr Indemnity & Liability Company, Inc., et al. | Case No. 22-cv-3007 (WMW/DTS) |
| Plaintiffs, | **ORDER** |
| v. | |
| JPF Inc., et al., | |
| Defendants. | |

Defendant Easy Express filed an Answer in this case [Dkt. No. 11], purporting to represent itself. Because a corporation cannot appear pro se, the Court orders the Answer stricken. *United States v. Van Stelton*, 988 F.2d 70, 70 (8th Cir. 1993). 28 U.S.C. § 1654 allows individuals to represent themselves, but "that right has never been interpreted to allow an individual to appear for a corporation pro se." *Carr Enters., Inc. v. United States*, 689 F.2d 952, 953 (8th Cir. 1983). Easy Express must retain counsel who shall file the Cororation's answer in this case.

**IT IS HEREBY ORDERED:**

1. Easy Express's Answer [Dkt. No. 11] is stricken.

2. Easy Express shall retain counsel, re-draft, and refile an answer no later than 20 days from the date of this Order.

Dated: January 30, 2023

    s/David T. Schultz
DAVID T. SCHULTZ
U.S. Magistrate Judge